

**JARETT L. WARNER, ESQUIRE**
Direct Dial: (212) 809-1669
jwarner@chartwelllaw.com

Reply To: New York Office
One Battery Park Plaza, Suite 710
New York, NY  10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

February 15, 2024

**Via ECF and E-mail:**

Tala_Doumani@nysd.uscourts.gov
District Court Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 105
New York, New York 10007

**MEMO ENDORSED**

        Re:    **Salerno, Louise v. Whole Foods Market Group, Inc.**
               **Docket No:**    23 Civ. 8198 (KPF)

Dear Judge Failla:

    We represent defendant Whole Foods Market Group, Inc. ("WFM") in the above-referenced matter.

    Pursuant to ECF Rule 21.7(b), the undersigned respectfully requests a permanent sealing of Exhibits (1) and (3) to WFM's letter opposition dated February 12, 2024 (PACER Doc. No. 22). In accordance with the provisions set forth in this Court's Confidentiality Stipulation and Protective Order of December 6, 2023 (PACER Doc. No. 20), this application is made as WFM's surveillance disclosures dated December 8, 2023 and February 12, 2024 provide publicly available links to WFM's surveillance footage which indicate the vantage points and reach of WFM's security cameras in its stores, and cannot become public knowledge for security purposes.

    Thank you for your time and consideration.

                              Respectfully submitted,

                              **CHARTWELL LAW**

                          By: _/s/ Jarett L. Warner_
                              Jarett L. Warner

cc: Matthew Haicken, Esq. (*via e-mail and ECF*)
Matthew@haickenlaw.com

Sandra Bonder, Esq. (*via e-mail and ECF*)
sandrabonder23@gmail.com
sandra@haickenlaw.com

```
Application GRANTED.  In accordance with the Court's Confidentiality
Stipulation and Protective Order of December 6, 2023 (Dkt. #20), the
Clerk of Court is directed to keep Exhibits 1 and 3 of docket entry
number 22 under seal, viewable only to the parties and the Court.

The Clerk of Court is directed to terminate the pending motion at docket
number 23.

Dated:     February 16, 2024            SO ORDERED.
           New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE